IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| AUSTIN WAYNE BYRD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:23CV872 |
| ) | |
| GUILFORD COUNTY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and on March 1, 2024, was served on the parties in this action. (ECF Nos. 4, 5.) No objections were filed within the time prescribed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

**IT IS HEREBY ORDERED AND ADJUDGED** that this action is **DISMISSED** pursuant to U.S.C. § 1915 (e)(2)(B)(ii) for failing to state a claim.

This, the 27th day of March 2024.

/s/ Loretta C. Biggs
United States District Judge